

**ORDERED in the Southern District of Florida on May 7, 2014.**

*Paul Hyman* (signature)

**Paul G. Hyman, Chief Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re RICHARD T. STROTHER, | Docket Number 14-16671-PGH |
| Debtor | Chapter 13 |
| HYLAS YACHTS, INC., | |
| Plaintiff, | |
| v. | Docket Number 14-1318 |
| RICHARD T. STROTHER and T3 VISTAS, LLC, | |
| Defendants | |

**ORDER ON THE MOTION OF THE DEBTOR TO STRIKE THE COMPLAINT
OF HYLAS YACHTS, INC., OR FOR SUMMARY JUDGMENT**

On May 6, 2014, the Court conducted a hearing on the Motion of the Debtor to Strike the Complaint of Hylas Yachts, Inc. ("Hylas") or in the Alternative for Summary Judgment [DE 4], at which the Debtor, Richard Strother, appeared *pro se*; counsel for Hylas appeared; and counsel for

1

the Chapter 7 Trustee of T3 Vistas, LLC, also appeared. Based on the arguments at that hearing, consideration of the papers submitted including Hylas' opposition motion [DE 7], and for the reasons stated on the record at the hearing, the Court orders that the motion is **DENIED**.

# # #

Submitted by:

Geoffrey Ittleman, Esquire
The Law Offices of Geoffrey D. Ittleman, P.A.
110 S.E. 6th Street, Suite 2300
Fort Lauderdale, Florida 33301
Tel: (954) 462-8340
Fax: (954) 462-8342
geoffrey@ittlemanlaw.com

Attorney Ittleman is directed to serve copies of the order upon all interested parties and to file a certificate of service with the Court.